RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Liberty Troll LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY TROLL LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GAIL BUMA,<br><br>　　　　Defendant. | Case No. 25-cv-06100-TLT<br><br>HON. TRINA L. THOMPSON<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Notice is hereby given that pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff
2  voluntarily dismisses the above-captioned action without prejudice.

Dated: September 30, 2025

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Liberty Troll LLC*

**Notice of Voluntary Dismissal Without Prejudice**